UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ELVIN CLAYTON                                    *        CV No. _____
                                                 *
VERSUS                                           *
                                                 *
STEPHEN THOMAS; RACHEL HECHT;                    *
DENHAM SPRINGS POLICE DEPARTMENT;*
LIVINGSTON PARISH SHERIFF, JASON                 *
ARD; THE LOUISIANA SHERIFF'S                     *
ASSOCIATION, INC; ABC INSURANCE                  *
COMPANY AND XYZ INSURANCE                        *
COMPANY                                          *
*******************************************************************************

## COMPLAINT

The complaint of ELVIN CLAYTON., a person of the age of majority and a citizen of the State of Louisiana, respectfully represents:

1.

The defendants enumerated below are justly, jointly and in solido liable unto Plaintiff for damages as are reasonable under the premises, punitive damages as allowed by law, attorney's fees, all costs of these proceedings, interest thereon from the date of judicial demand until paid, and all such other relief to which Plaintiff is entitled at law or in equity:

a.  Stephen Thomas ("Thomas"), an individual domiciled in the Parish of Livingston, State of Louisiana and individually and/or in his official capacity as a police officer for Denham Springs Police Department, State of Louisiana;

b.  Rachel Hecht ("Hecht"), an individual domiciled in the Parish of Livingston, State of Louisiana and individually and/or in her official capacity as a deputy for Livingston Parish Sheriff's Office, State of Louisiana;

1

c. Denham Spring Police Department, a municipal government agency, operating in the Parish of Livington, State of Louisiana;

d. Livington Parish Sheriff, Jason Ard, a citizen and resident of the State of Louisiana, individually and in his official capacity as the Sheriff of Livingston Parish, State of Louisiana;

e. The Louisiana Sheriffs Association, Inc., a non-profit corporation domiciled in the State of Louisiana.

f. ABC Insurance Company, as an excess/umbrella insurer for Denham Springs Police Department

g. XYZ Insurance Company, as an excess/umbrella insurer for Livingston Parish Sheriff's Office

The actions presented herein arise under 42 U.S.C.A. 1983.

2.

On or about October 13, 2023, Thomas and Hecht along with numerous other Livington Parish Deputies appeared at Clayton's home in Livington Parish to effectuate an alleged warrant that allegedly initiated in Denham Springs for Clayton's arrest for the alleged crimes of failure to leave after forbidden and resisting an officer, both misdemeanors in city and state courts.

3.

When Clayton respectfully requested to see the warrant, the officers barged through the door and pepper sprayed Clayton in the eyes, forcing him to go down to the ground in a defensive position, while screaming for his wife to help.

4.

While defending himself and screaming for assistance, Clayton was pepper sprayed a

second time by Hecht and/or other officers. He was also physically forced into a position where the officers were able to handcuff and arrest him. He was also physically assaulted with numerous punches and jabs to the face and body. It should be noted that the officers failed to properly search for Clayton for any items that might be dangerous to the officers or Clayton.

5.

Clayton was put into a Livingston Parish deputies' unit and transported to the Livingston Parish Sheriff's department lockup. As Clayton was never properly searched, he still had his small handgun in his pants and which was only discovered by officers in the jail, thereby subjecting Clayton to further retaliation and/or formal charges.

6.

Clayton was subsequently stripped and placed in a small gown that covered only his chest and stomach, leaving the majority of his body exposed. He was then taken through the jail, in front of all jail employees and inmates to solitary confinement, based on a loose, general allegation of suicide watch. It should be noted, upon information and belief Clayton was placed in solitary confinement so as to not have any contact with the outside world until certain elections were over.

7.

Clayton was kept in his cell without a 72-hour hearing, which is mandated for the purposes of bond, and held, nearly naked, in solitary confinement until nearly 4 ½ days had passed.

8.

It was subsequently learned that another warrant was sworn out of Livingston Parish while Clayton was incarcerated for resisting arrest and that Clayton was denied bond, despite the

3

fact that the alleged crimes were simple misdemeanors.

9.

As a result of the excessive force described above, Calyton suffered damages which include but are not limited to:

a. Blurred vision and eye pain;

b. Shoulder pain;

c. Back pain;

d. Severe, emotional distress, mental anguish, embarrassment, and humiliation;

e. PTSD;

f. Loss wages and future earning capacity.

10.

Upon information and belief, the actions of Thomas caused or contributed to the damages described herein.

11.

Upon information and belief, the actions of Hecht caused or contributed to the damages described herein.

12.

Upon information and belief, the actions of the remaining deputies and jail officials caused or contributed to the damages described herein.

13.

Upon information and belief, the actions of the Livingston Parish Sheriff, Jason Ard caused or contributed to the damages describes herein.

4

14.

The Denham Springs Police Department is vicariously liable for the actions of its police officers, including but not limited to, Thomas.

15.

Livington Parish Sheriff is vicariously liable for the actions of its police officers, including but not limited to, Hecht.

16.

ABC Insurance Company provided insurance to Denham Springs Police Department for the actions described herein.

17.

XYZ Insurance Company provided insurance to Livingston Parish Sheriff's Office for the actions described herein.

18.

The Louisiana Sheriff's Association provides assistance to the sheriff deputies for the actions described herein.

Plaintiff is entitled to and desires and therefore requests a trial by jury of this matter.

WHEREFORE, Plaintiff Elvin Clayton. prays for a trial by jury and after due proceedings, that there be judgment in his favor and against defendants, Stephen Thomas, Rachel Hecht, in their individual and official capacities, Denham Springs Police Department, in their official capacity, and Livingston Parish Sheriff Jason Ard, in his individual and official capacities as the Sheriff of Livingston Parish, State of Louisiana, the Louisiana Sheriffs Association, ABC Insurance Company, and XYZ Insurance Company jointly and in solido, for

5

all sums as are reasonable under the premises, punitive damages as allowed by law, attorney's

fees, all costs of these proceedings, legal interest thereon from the date of judicial demand until

paid, and all other relief to which Plaintiff is entitled by equity or by law.

Respectfully Submitted:

TIMOTHY F. UPTON, #27154
TIM UPTON & ASSOCIATES, LLC
529 West 21st Avenue
Covington, LA 70433
Telephone: (985) 327-5185
Facsimile: (985) 327-5128
**ATTORNEY FOR
ELVIN CLAYTON**

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Elvin Clayton

**DEFENDANTS** Stephen Thomas, Rachel Hecht, Denham Spring Police Department, Livingston Parish Sheriff, Jason Ard, The Louisiana Sheriff's Association Inc, ABC Insurance Company, XYZ Insurance Company

**(b)** County of Residence of First Listed Plaintiff Livingston Parish
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* Timothy Upton 985-624-7777
Tim Upton & Associates, LLC
629 W 21st Avenue, Covington LA 70433

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [X] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### INTELLECTUAL PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
42 U.S.C 1983

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE 10/15/24

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____